The Benjamin Goldstein Co., Inc., Respondent, v. Mooremack Gulf Lines, Inc., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

Gustavus J. Riley, Individually, etc., and Others, Appellants, v. Title Guarantee and Trust Company, Respondent.— Order unanimously modified so as to include in the examination of defendant the facts and circumstances in connection with the investment by defendant of the $15,000 in the participating certificate and the knowledge of defendant at the time of such investment as to the value of the underlying security and the probability of its producing income, and, as so modified, affirmed. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Estate of Rachel Newgold, Deceased. Morris Newgold, Petitioner, Respondent; Harry Newgold, Respondent, Appellant; and Gabriel Newgold, Intervenor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the intervenor-respondent. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

Julia E. Sewek, Respondent, v. Michael S. Sewek, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

The Guardian Life Insurance Company of America, Appellant, v. Morris S. Pearce, Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

James H. Fay, Respondent, v. John J. O'Connor, James J. McCarthy, Andrew Jackson Party, Inc., John Doe and Richard Roe, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [169 Misc. 466.]

Fannie Shammah and Abdallah Shaker, as Administrators, etc., of Nicholas J. Sabanek, Deceased, Appellants, v. Empire Linen Importing Corp. and Nadeen Kalesh, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. A verified bill of particulars to be served within five days after service of a copy of the order with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

Josephine Nash, Respondent, v. Isaac E. Nash, Appellant.— Defendant was entitled to have the minutes of the hearing before the referee placed before the court at Special Term. (Aron v. Aron, 280 N. Y. 328. See, also, Rules Civ. Prac. rule 170.) Order unanimously reversed, without costs, and the matter remitted to the Special Term for further action in accordance herewith. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.